## Gelezinsky *v.* Searfoss et ux., Appellants.

Argued

866

March 16, 1971. *Joseph C. Giebus,* for appellants; *Pasco L. Schiavo,* for appellees.

Order affirmed.

HOFFMAN, J., absent.